# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL RIGGS,

    Plaintiff

v.

STEVE SISOLAK, et al.,

    Defendants

Case No.: 3:22-cv-00465-MMD-CSD

**Order**

On March 9, 2023, the court directed the Office of the Attorney General (OAG) to file a notice indicating whether it would enter a limited notice of appearance to respond to Plaintiff's motion for appointment of counsel and motion for appointment of guardian ad litem, and if so, to file responses to those motions and file relevant medical and/or mental health records under seal. (ECF No. 12.) On March 23, 2023, the OAG filed a response to Plaintiff's motion for appointment of counsel, but it does not address the motion for appointment of a guardian ad litem. (ECF No. 13.) Nor are any relevant medical and/or mental health records filed under seal.

On or before **April 10, 2023,** the OAG shall file a response that addresses Plaintiff's motion for appointment of guardian ad litem and file any relevant medical and/or mental health records under seal. Plaintiff has until **April 17, 2023,** to file a reply. The court will then schedule this matter for a hearing.

**IT IS SO ORDERED**.

Dated: March 30, 2023

                                                                   Craig S. Denney
                                                                   United States Magistrate Judge