UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL RIGGS, | Case No. 3:22-cv-00465-MMD-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| STEVE SISOLAK, et al., | |
| Defendants | |

On August 21, 2023, the Court issued a minute order and granted Plaintiff until September 22, 2023, to file an amended complaint. (ECF No. 43). On August 29, 2023, Plaintiff submitted a motion for an extension of time to file the amended complaint. (ECF No. 44).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before October 25, 2023. If Plaintiff chooses not to file an amended complaint, this case will proceed only on the Eighth Amendment conditions-of-confinement claim against Defendants Daniels, Wickham, Williams, Garrett, LeGrand, Widmar, and the Doe C/Os. (ECF No. 3 at 15).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 44) is granted. Plaintiff will file his amended complaint **on or before October 25, 2023**.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will proceed only on the Eighth Amendment conditions-of-confinement claim against Defendants Daniels, Wickham, Williams, Garrett, LeGrand, Widmar, and the Doe C/Os.

DATED: September 25, 2023.

_____
UNITED STATES MAGISTRATE JUDGE