UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL RIGGS,<br><br>                Plaintiff,<br>   v.<br>STEVE SISOLAK, *et al.*,<br><br>                Defendants. | Case No. 3:22-cv-00465-MMD-CSD<br><br>ORDER |

The Court granted Plaintiff until October 25, 2023, to file an amended complaint. (ECF No. 45.) The Court noted that, if Plaintiff did not file a timely amended complaint, the action would proceed only on the Eighth Amendment conditions-of-confinement claim against Defendants Daniels, Wickham, Williams, Garrett, LeGrand, Widmar, and the Doe C/Os. (*Id.*) On October 20, 2023, Plaintiff filed a motion to extend time to file the amended complaint and a motion for appointment of counsel. (ECF Nos. 46, 47.)

As Plaintiff acknowledges in his motion for appointment of counsel, this Court has denied Plaintiff's multiple requests for appointment of counsel and guardian ad litem and even held a hearing on those requests. (*See* ECF No. 47 at 1-2.) Yet, Plaintiff files another motion for appointment of counsel because he cannot find another inmate to help him with his lawsuit and the law library paging system is deficient. (*See generally* ECF No. 47.)

A litigant does not have a constitutional right to appointed counsel in 42 U.S.C. § 1983 civil rights claims. *See Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." However, the court will appoint counsel for indigent civil litigants only in "exceptional circumstances." *Palmer v. Valdez*, 560 F.3d 965, 970 (9th

Cir. 2009) (§ 1983 action). "When determining whether 'exceptional circumstances' exist, a court must consider 'the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id.* (citation omitted). "Neither of these considerations is dispositive and instead must be viewed together." *Id.* (citation omitted).

Again, the Court denies Plaintiff's motion for appointment of counsel. Plaintiff's inability to find another inmate to help him and the limitations of the law library do not constitute exceptional circumstances. *See e.g.*, *Baker v. Macomber*, Case No. 2:15-CV-00248-TLN-AC, 2020 WL 1182495, at *1 (E.D. Cal. Mar. 12, 2020) (finding that "[c]ircumstances common to most prisoners, such as lack of legal education and limited law library access, do not establish exceptional circumstances that warrant a request for voluntary assistance of counsel"). Moreover, with respect to Plaintiff's last request for appointment of counsel and guardian ad litem, this Court found that "[t]he cited records show that Plaintiff presents as competent, rational, and clear in offering arguments and points to support his motion. And Plaintiff seems able to clearly articulate his claims and arguments at the Hearing and even in his Objection." (ECF No. 43.)

The Court will grant Plaintiff's motion to extend time to file an amended complaint. (ECF No. 46). Plaintiff must file an amended complaint on or before December 29, 2023. <u>The Court will not grant Plaintiff any further extensions to file an amended complaint</u>. If Plaintiff does not file an amended complaint by that date, this case will proceed only on the Eighth Amendment conditions-of-confinement claim against Defendants Daniels, Wickham, Williams, Garrett, LeGrand, Widmar, and the Doe C/Os when Plaintiff learns their identities.

It is therefore ordered that the motion to extend time (ECF No. 46) is granted. Plaintiff must file an amended complaint on or before December 29, 2023. There will be no further extensions of time to file an amended complaint.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will proceed only on the Eighth Amendment conditions-of-confinement claim

against Defendants Daniels, Wickham, Williams, Garrett, LeGrand, Widmar, and the Doe C/Os when Plaintiff learns their identities.

It is further ordered that the motion for appointment of counsel (ECF No. 47) is denied.

DATED THIS 22nd Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE