AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL RIGGS,

  Plaintiff,

vs.

STEVE SISOLAK, et al.

  Defendants.

Case No. 3:22-cv-00465-MMD-CSD

**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Daniel Riggs, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 2nd day of July, 2024.

_____
DANIEL RIGGS
*Plaintiff*

DATED this 2nd day of July, 2024

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 20th day of August 2024.

_____
**DISTRICT COURT JUDGE**

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August ,20 2024, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Daniel Riggs, #1112164
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV  8989419

An employee of the
Office of the Nevada Attorney General